| Return | | |
|---|---|---|
| Case No.:<br>2:24-mj-248-KFW | Date and time warrant executed:<br>08/02/2024 7:00 pm | Copy of warrant ~~and inventory~~ left with:<br>The service provider |

Inventory made in the presence of :
N/A

Inventory of the property taken and name(s) of any person(s) seized:

Dropbox, Inc. responded that no records responsive to the request were available due to the records request being submitted after the preservation period expired.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/16/2024

*Executing officer's signature*

Jonathan Duquette, Task Force Officer
*Printed name and title*